IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLORIA NEUMAN AND<br>MARK NEUMAN<br>    *Plaintiffs,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON<br>F/K/A THE BANK OF NEW YORK, AS<br>SUCCESSOR TO JPMORGAN CHASE<br>BANK, N.A. AS INDENTURE TRUSTEE,<br>ON BEHALF OF THE HOLDERS OF THE<br>TERWIN MORTGAGE TRUST 2006-6,<br>ASSET-BACKED SECURITIES, SERIES<br>2006-6 AND SPECIALIZED LOAN<br>SERVICING LLC<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:21-cv-00782-LY |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party. The dismissal of Plaintiffs' claims and Defendants' counterclaims shall have no effect on the rights of the parties under the Note and Deed of Trust, as modified. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

**HUGHES WATTERS ASKANASE, LLP**

By: ___/s/ Damian W. Abreo_____
    Damian W. Abreo
    Texas Bar No. 24006728
    dabreo@hwa.com
    Total Plaza
    1201 Louisiana Street, 28th Floor
    Houston, Texas 77002
    (713) 759-0818 (Telephone)
    (713) 759-6834 (Facsimile)

**ATTORNEYS FOR DEENDANTS, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A. AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-6, ASSET-BACKED SECURITIES, SERIES 2006-6 AND SPECIALIZED LOAN SERVICING LLC**

**The Lane Law Firm**

By:   /s/ S. Alex Lick
   Robert "Chip" C. Lane
   Texas Bar No. 24046263
   notifications@lanelaw.com
   Joshua D. Gordon
   Texas Bar No. 24091592
   Joshua.gordon@lanelaw.com
   S. Alex Lick
   Texas Bar No. 74107844
   Alex.lick@lanelaw.com
   6200 Savoy, Suite 1150
   Houston, Texas 77036
   (713) 595-8200  (Telephone)
   (713) 595-8201 (Facsilime)

**ATTORNEYS FOR PLAINTIFFS, GLORIA NEUMAN AND MARK NEUMAN**