IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLORIA NEUMAN AND<br>MARK NEUMAN,<br>          PLAINTIFFS,<br><br>V.<br><br>THE BANK OF NEW YORK MELLON,<br>FORMERLY KNOWN AS BANK OF NEW<br>YORK, AS SUCESSOR TO JPMORGAN<br>CHASE BANK, N.A. AS INDENTURE<br>TRUSTEE, ON BEHALF OF THE<br>HOLDERS OF THE TERWIN<br>MORTGAGE TRUST 2006-6, ASSET-<br>BACKED SECURITIES, SERIES 2006-6<br>AND SPECIALIZED LOAN SERVICING<br>LLC,<br>          DEFENDANTS. | §§§§§§§§§§§§§§§§ | CAUSE NO. 1:21-CV-782-LY |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On November 3, 2021, the parties filed a Stipulation of Dismissal (Doc. #3) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of November, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE